# Exhibit 2



**Brandon Fair**
**Vice President - Corporate Real Estate**

January 28, 2025

**VIA EMAIL and COURIER**
Commissioner Jamie Rhee
Chicago Department of Aviation
Chicago O'Hare International Airport
10510 West Zemke Road
Chicago, IL 60666
CDACommissioner@cityofchicago.org

RE: Annual Redetermination of Preferential Use Gate Space Assignments

Dear Commissioner Rhee:

Pursuant to Section 5.4.1 of the City of Chicago Airline Use and Lease Agreement, effective May 12, 2018 ("AULA"), United understands that the conditions of the AULA have been met to proceed with a gate space redetermination. Furthermore, based on United's understanding of our percentage share of the total Scheduled Departures for all Long-Term Signatory Airlines in 2024, United expects that six (6) or more additional Preferential Use Gates are available to United. Therefore, United requests the City conduct the gate space redetermination in accordance with the AULA Section 5.4.1. Once the City conducts such redetermination, United expects to accept additional Preferential Use Gate Space in accordance with Section 5.4.

United looks forward to continuing discussions with the City associated with the redetermination of Preferential Use Gate Space assignments.

Sincerely,

Brandon Fair
Vice President – Corporate Real Estate
United Airlines, Inc.

Cc: General Counsel (Via Courier)
Chicago Department of Aviation
Chicago O'Hare International Airport
10510 West Zemke Road
Chicago, IL 60666
CDAGeneralCounsel@cityofchicago.org

Frannie Levar – United Airlines, Inc.
Sandra Widerborg – United Airlines, Inc.

United Airlines, Inc. 233 South Wacker Drive, Chicago, IL 60606     A STAR ALLIANCE MEMBER