IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| American Airlines, Inc., | ) |
| Plaintiff, | ) |
| v. | ) |
| The City of Chicago and Michael J. McMurray, in his capacity as Commissioner of the Chicago Department of Aviation, | ) Case No. 1:25-cv-04874<br>) Hon. Judge Joan H. Lefkow |
| Defendants, | ) |
| And | ) |
| United Airlines, Inc., | ) |
| Intervenor-Defendant. | ) |

**UNITED AIRLINES, INC.'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), United Airlines, Inc. ("United"), by and through its undersigned attorneys, respectfully requests that this Court dismiss Plaintiff American Airlines, Inc.'s Complaint for lack of subject matter jurisdiction. In support of its motion, United respectfully refers the Court to the attached memorandum of law.

Dated:  July 11, 2025	Respectfully submitted,

*/s/ Gabor Balassa, P.C.*
Gabor Balassa, P.C.
Amarto Bhattacharyya
gbalassa@kirkland.com
amarto.bhattacharyya@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
United States
Telephone: +1 312 862 2000

*Attorneys for United Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I, Gabor Balassa , an attorney, certify that on this date, July 11, 2025, I caused a true and correct copy of the foregoing **UNITED AIRLINES, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** to be electronically filed with the Clerk of the Court using CM/ECF, which will serve on all counsel of record.

*/s/ Gabor Balassa, P.C.*
Gabor Balassa, P.C.
