IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF CHICAGO and MICHAEL P. MCMURRAY, in his capacity as the Commissioner of the Chicago Department of Aviation, <br><br> Defendants. | Case No. 1:25-cv-04874 <br><br> Hon. Judge Joan H. Lefkow |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff American Airlines, Inc., by and through undersigned counsel, hereby dismisses this action against Defendants the City of Chicago and Michael P. Murray, in his capacity as the Commissioner of the Chicago Department of Aviation ("Defendants") without prejudice. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or motion for summary judgment. Defendants have not yet answered the Complaint or moved for summary judgment. Accordingly, Plaintiff voluntarily dismisses this action against Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: July 16, 2025

Respectfully submitted,

/s/ *Sean Berkowitz*
Sean Berkowitz (ARDC No. 6209701)
Garrett S. Long (ARDC No. 6290075)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800

1

Chicago, IL 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
sean.berkowitz@lw.com
garrett.long@lw.com

David C. Tolley (*pro hac vice*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Fax: (617) 948-6001
david.tolley@lw.com

*Attorneys for American Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Sean Berkowitz, an attorney, certify that on July 16, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will serve on all counsel of record.

                                                                      /s/ *Sean Berkowitz*
                                                                      Sean Berkowitz